NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-3183

WILLIAM A. MYERS,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in CH3443070628-I-1.

ON MOTION

### O R D E R

The court notes that William A. Myers has not filed a status report pursuant to the court's July 3, 2008 order.

Upon consideration thereof,

IT IS ORDERED THAT:

If Myers does not file a status report within 21 days of the date of filing of this order informing the court how he believes this petition for review should proceed, the petition will be dismissed.

FOR THE COURT

APR 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Gregory T. Rinckey, Esq.
Douglas K. Mickle, Esq.
s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 07 2009

JAN HORBALY
CLERK